1  Michael E. Marder, Esq., admitted *pro hac vice*
2  Kathryn G. Saft, Esq., admitted *pro hac vice*
   GREENSPOON MARDER, P.A.
3  201 E. Pine Street, Suite 500
   Orlando, Florida 32801
4  Tel. (407) 425-6559
   Fax. (407) 563-8935
5  Michael.Marder@gmlaw.com
   Kate.Saft@gmlaw.com

6  Richard W. Epstein, Esq., admitted *pro hac vice*
7  Franklin S. Homer, Esq., admitted *pro hac vice*
   GREENSPOON MARDER, P.A.
8  200 East Broward Boulevard, Suite 1500
   Fort Lauderdale, Florida 33301
9  **Tel.** (954) 764-6660
   Fax. (954) 343-6958
10 Richard.Epstein@gmlaw.com
   Franklin.Homer@gmlaw.com

11 Steven H. Schwartz, Esq., SBN 94637
12 Noel E. Macaulay, Esq., SBN 121695
   SCHWARTZ & JANZEN, LLP
13 12100 Wilshire Blvd., Suite #1125
   Los Angeles, California 90025
14 Tel. (310)979-4090
   Fax. (310)207-3344
15 sschwartz@sj-law.com
   Attorneys for Plaintiff Westgate Resorts, Ltd.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTGATE RESORTS, LTD. a Florida limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN GREENFIELD, an individual, et al.,<br><br>Defendants. | CASE NO. CV13-04236 DSF (SHx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Dale S. Fischer |

1

1 **PLEASE TAKE NOTICE** that Plaintiff Westgate Resorts, Ltd.
2 ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby
3 voluntarily dismisses this case in its entirety, without prejudice as to its claims.
4     Federal Rule of Civil Procedure 41(a) provides, in relevant part that: "the
5 plaintiff may dismiss an action without a court order by filing: (i) a notice of
6 dismissal before the opposing party serves either an answer or a motion for
7 summary judgment…." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Lauren
8 Greenfield, Frank Evers, and Greenfield/Evers dba Evergreen Pictures
9 (collectively, "Defendants") have neither answered Plaintiff's Complaint nor filed
10 a motion for summary judgment. Accordingly, this matter may be dismissed
11 without prejudice, and without an Order of the Court.

13 Dated: July 5, 2013
14 GREENSPOON MARDER, P.A.

16 By: _____/s/_____
    RICHARD W. EPSTEIN, ESQ.

18     Attorneys for Plaintiff

# PROOF OF SERVICE
## DECLARATION OF SERVICE
## US DISTRICT COURT CASE NO. 2:13-CV-04236

STATE OF FLORIDA      )
                      ) ss.
COUNTY OF BROWARD )

I, Jaye Keckeis declare:

I am a resident of the State of Florida and over the age of eighteen years, and not a party to the within action; my business address is 200 East Broward Boulevard, Suite 1500, Fort Lauderdale, Florida 33301. On July 5, 2013, I served the following document:

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

[x]  BY CM/ECF Electronic Service: I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

Executed on July 5, 2013, at Fort Lauderdale, Florida.

By: *Jaye Keckeis* (Signature)

Jaye Keckeis
Print Name

13895063-00108.2176

1

PROOF OF SERVICE
13-CV-04236 DSF (SHx)